```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )        4:05CR3126
       v.                      )
                               )
ERICK RAY TRIMBLE,             )
                               )           ORDER
            Defendant.         )
                               )
```

  IT IS ORDERED:

  This case is removed from the trial calendar and is continued until further order pending resolution of defendant's motion to dismiss.

  DATED this 21st day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge