IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3126 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERICK RAY TRIMBLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government has moved to dismiss the indictment filed against Erick Ray Trimble, filing #35. Accordingly, said indictment against Erick Ray Trimble is dismissed without prejudice.

IT IS SO ORDERED this 15th day of March, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge